IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                  ) | CIVIL ACTION NO. 1:05cv321-A |
| ) | WO |
| BETTY WEEKS               ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, Betty Weeks, on April 15, 2005 (Doc. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Weeks be GRANTED an extension from April 29, 2005, to and including May 13, 2005, to advise this court, in compliance with the order entered on April 15, 2005, whether she seeks to:

1. Proceed before this court on those claims presented in her March 31, 2005, motion (Doc. 1), upon the court's having advised Weeks of its intention to re-characterize that pleading as a *motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255*;

2. Amend her March 31, 2005, motion to assert any additional claims on which she wishes to challenge the conviction and sentence imposed upon her by this court; or

3. Dismiss the motion.

DONE, this 26th day of April, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE