IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV321-A |
| | ) | (WO) |
| BETTY WEEKS | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 24, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Week's motion to dismiss her motion of March 31, 2005 (Doc. # 5) is GRANTED and that this case is DISMISSED without prejudice.

Done this 7th day of June, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE